UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY J. MENDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>C. CONTRERAS, et al.,<br><br>        Defendants. | Case No. 22-cv-04677-AMO (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS UNNECESSARY**<br><br>Re: Dkt. No. 29 |

Before the Court is plaintiff's motion for an extension of time "to properly review the court[']s documents." Dkt. 29. Because no pending deadline exists for plaintiff, such a request is DENIED as unnecessary.

Defendants are reminded that they must file a motion for summary judgment, or other dispositive motion, by no later than **August 18, 2023**. Plaintiff shall file an opposition, or notice of non-opposition, within **twenty-eight (28) days** of receiving defendants' motion, and defendants shall file a reply to any opposition within **fourteen (14) days** thereafter.

**IT IS SO ORDERED.**

Dated: August 3, 2023

                                              ARACELI MARTÍNEZ-OLGUÍN
                                              United States District Judge