UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY J. MENDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>C. CONTRERAS, et al.,<br><br>        Defendants. | Case No. 22-cv-04677-EKL<br><br>**DISMISSAL ORDER**<br><br>Re: Dkt. No. 108 |

The Court has reviewed the Stipulation for Voluntary Dismissal with Prejudice filed on 10/23/2025. ECF No. 108. Pursuant to the parties' stipulation, the Court DISMISSES the case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and retains jurisdiction "only to enforce the settlement agreement." *Id.*

**IT IS SO ORDERED.**

Dated: November 5, 2025

Eumi K. Lee
United States District Judge